UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80520-MIDDLEBROOKS

LIONAL DALTON,

    Plaintiff,

v.

MI CASITA RESTAURANT, INC. d/b/a
MI CASITA MEXICAN RESTAURANT,

    Defendant.
_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court on a Joint Stipulation of Dismissal With Prejudice. (DE 18). The Court commends the Parties for their amicable resolution of this matter. The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 17 day of October, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record